# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAURICE WILLIAMS,** | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 02-1641 (RMC) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Individual Defendants' motion for summary judgment [Dkt. #38] is **DENIED without prejudice**.

**SO ORDERED.**

Date: July 14, 2006             /s/
           ROSEMARY M. COLLYER
           United States District Judge